# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Trevor Summers                           Docket No. 2:15CR00248-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Rocky Reyes, Supervising U.S. Pretrial Services Officer, presenting an official report upon the conduct of Trevor Summers, who was placed under pretrial release supervision by the Honorable Linda K. Caracappa sitting in the Court at Philadelphia, on August 13, 2015, under the following conditions:

1. Report as directed to Pretrial Services
2. Surrender/do not obtain a passport
3. Travel restricted to the Eastern District of Pennsylvania and Middle District of Florida, unless prior approval granted by Pretrial Services
4. Submit to random drug testing as directed by Pretrial Services
   *Condition removed by Your Honor on April 7, 2016*
5. Shall undergo drug/alcohol treatment as determined by Pretrial Services
   *Condition removed by Your Honor on April 7, 2016*
6. Surrender/do not possess any firearms
7. Maintain residence at 11737 Newberry Grove Loop, Riverview, Florida 33579
8. No contact with co-defendants, witnesses in this case or with individuals engaged in criminal activity

Respectfully presenting petition for action of Court and for cause as follows:

On March 13, 2017, U.S. Pretrial Services was advised by Supervisory U.S. Pretrial Services Officer Joely Andrews, from the Middle District of Florida, that the defendant was suspected of kidnapping his wife in Southern Florida. Automated inquiries with ATLAS/NCIC revealed that on March 12, 2017, a felony warrant was issued for the defendant by the Hillsborough County Sheriff's Office charging him with kidnapping to harm or terrorize, grand theft of motor vehicle, and violation of domestic violence injunction. AUSA Linwood C. Wright and Defense Counsel Hope C. Lefeber were provided copies of this petition.

PRAYING THAT THE COURT WILL ORDER bail be revoked and a bench warrant issued.

ORDER OF COURT

Considered and ordered this ___13th___ day of _March_, 20_17_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Juan R. Sánchez
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Rocky Reyes
Supervising U.S. Pretrial Services Officer

Place: Philadelphia
Date: March 13, 2017